**Order filed March 26, 2020**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-19-00547-CV
_____

**DEK-M NATIONWIDE, LTD, Appellant**

**V.**

**DAVID HILL D/B/A DOH OIL CO. CASSIE MOSELEY & DAVID MOSELEY AND COLORADO COUNTY CENTRAL APPRAISAL DISTRICT, Appellees**

---

**On Appeal from the 2nd 25th District Court**
**Colorado County, Texas**
**Trial Court Cause No. 23,859**

---

## O R D E R

Appellant's brief was due February 5, 2020**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 27, 2020**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.